1
2
3
4
5                        **UNITED STATES DISTRICT COURT**
6                                **DISTRICT OF NEVADA**
7
8   SATHIRAWAT SAUBHAYANA,               )
9              Plaintiff.                )   Case No. 2:17-cv-02655-JAD-GWF
                                         )
10  vs.                                  )   **REPORT AND**
                                         )   **RECOMMENDATION**
11  JEFFERSON B. SESSIONS, *et al.*,     )
                                         )
12             Defendants.               )
                                         )

14       This matter is before the Court on Plaintiff's Motion to Extend Time for Service for Good
15  Cause (ECF No. 8), filed on March 19, 2018.
16       Pursuant to Fed. R. Civ. P. 6(b) and LR 6, extensions of time may be granted for good cause
17  shown.  Further, Rule 4(m) of the Federal Rules of Civil Procedure – which governs the time limit of
18  service—allows the court to grant an extension of time for service if the plaintiff can show good
19  cause for the failure to timely serve a defendant.  If the defendant is not served within 90 days after
20  the complaint is filed, the court must dismiss the action without prejudice.  Fed. R. Civ. P. 4(m).
21  Here, Plaintiff represents that he failed to timely and properly serve defendants because his counsel
22  has "limited experience with district courts and its procedures." *Motion* (ECF No. 8), 2.  This is not
23  good cause.  Accordingly,
24       **IT IS HEREBY RECOMMENDED** that Plaintiff's Motion to Extend Time for Service for
25  Good Cause (ECF No. 8) be **denied**.
26       **IT IS FURTHER RECOMMENDED** that this case be **dismissed** without prejudice for
27  Plaintiff's failure to serve Defendants.
28  . . .

**NOTICE**

Pursuant to Local Rule IB 3-2, any objection to this Finding and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days.  The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time.  *Thomas v. Arn*, 474 U.S. 140, 142 (1985).  This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court.  *Martinez v. Ylst,* 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

DATED this 20th day of March, 2018.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge