SYLVIA L. ESPARZA, ESQ. NV #8444
Law Office of Sylvia L. Esparza
3340 Pepper Lane, Suite 105
Las Vegas, Nevada 89120
(702) 853-0233
Fax (702) 853-0234
Sylvia@sylviaesparzalaw.com
Counsel for Plaintiff,
Sathirawat Saubhayana

**U.S. DISTRICT COURT**
**DISTRICT OF NEVADA**
**LAS VEGAS, NEVADA**

* * *

| | |
|---|---|
| SATHIRAWAT SAUBHAYANA | )…CASE NO. 2:17-cv-02655-JAD-GWF |
| | )…Agency No. 087 026 142 |
| Plaintiff | ) |
| | ) **UNOPPOSED MOTION TO EXTEND** |
| vs. | ) **TIME TO AMEND COMPLAINT** |
| | ) |
| WILLIAM P. BARR, U.S. Attorney General, et al., | ) |
| Defendants | ) |
| | ) |

Plaintiff, Sathirawat Saubhayana, through his Counsel hereby moves to extend the time for the filing of the amended complaint until April 16, 2020. This is the second extension of time sought in this action with respect to the Defendants' motion to dismiss. The current filing deadline is March 12, 2020. The requested extension of time is based on the following:

///

///

///

///

///

///

1

1. This is a challenge to U.S. Citizenship and Immigration Services' ("USCIS") decision to deny Plaintiff's application for naturalization. *See* 8 U.S.C. §1241(c).

2. Undersigned counsel requires additional time to file the amended complaint. Counsel has various upcoming deadlines which require substantial preparation:

| | |
|---|---|
| March 6, 2020 | 9th Circuit Reply Brief |
| March 11, 2020 | 9th Circuit Opening Brief |
| March 12, 2020 | 9th Circuit Reply Brief |
| **March 12, 2020** | **District Court Complaint** |
| March 12, 2020 | Response to Motion with 9th Circuit |
| March 16, 2020 | 9th Circuit Reply Brief |
| March 19, 2020 | 9th Circuit Reply Brief |
| March 23-24, 2020 | Attend and prepare for Oral Argument in San Francisco, California |
| March 25, 2020 | 9th Circuit Opening Brief |
| March 31, 2020 | Merits Hearing |
| April 1, 2020 | Merits Hearing |
| April 6, 2020 | Merits Hearing |
| April 9, 2020 | Merits Hearing |
| April 15, 2020 | Merits Hearing |

3. Defendants, through counsel, indicated that they do not oppose this motion for an extension of time, by email on March 2, 2020. To that end, Plaintiff requests an additional 45 days to respond to the motion to dismiss, until April 16, 2020.

Respectfully submitted,

/s/ Sylvia L. Esparza
Sylvia L. Esparza, Esq.
Attorney for Plaintiff

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: March 4, 2020