SYLVIA L. ESPARZA, ESQ. NV #8444
Law Office of Sylvia L. Esparza
3340 Pepper Lane, Suite 105
Las Vegas, Nevada 89120
(702) 853-0233
Fax (702) 853-0234
Sylvia@sylviaesparzalaw.com
Counsel for Plaintiff,
Sathirawat Saubhayana

**U.S. DISTRICT COURT**
**DISTRICT OF NEVADA**
**LAS VEGAS, NEVADA**

\* \* \*

| | |
|---|---|
| SATHIRAWAT SAUBHAYANA | )…CASE NO. 2:17-cv-02655-JAD-GWF |
| | )…Agency No. 087 026 142 |
| Plaintiff | ) |
| | ) **UNOPPOSED MOTION TO EXTEND** |
| vs. | ) **TIME TO AMEND COMPLAINT** |
| | ) |
| WILLIAM P. BARR, U.S. Attorney General, et al., | ) |
| Defendants | ) |
| | ) |
| | ) |

Plaintiff, Sathirawat Saubhayana, through his Counsel hereby moves to extend the time for the filing of the amended complaint until May 18, 2020. The current filing deadline is April 16, 2020. The requested extension of time is based on the following:

1. This is a challenge to U.S. Citizenship and Immigration Services' ("USCIS") decision to deny Plaintiff's application for naturalization. *See* 8 U.S.C. §1241(c).

2. Undersigned counsel requires additional time to file the amended complaint due to recent outbreak of the coronavirus disease 2019 ("COVID-19"), which has impacted our office and ability to meet various deadlines.

/ / /

/ / /

1

3. Defendants, through counsel, indicated that they do not oppose this motion for an extension of time, by email on April 15, 2020. To that end, Plaintiff requests an additional 30 days to respond, until May 18, 2020.

Respectfully submitted,

/s/ Sylvia L. Esparza
Sylvia L. Esparza, Esq.
Attorney for Plaintiff

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: April 15, 2020

2