JOSEPH H. HUNT
Assistant Attorney General
Civil Division
WILLIAM PEACHEY
Director, District Court Section
Office of Immigration Litigation
ELIANIS PEREZ
Assistant Director, District Court Section
Office of Immigration Litigation
MARY LARAKERS, TX Bar # 24093943
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 353-4419
Fax: (202) 305-7000
mary.l.larakers@usdoj.gov
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| SATHIRAWAT SAUBHAYANA, | Case No. 2:17-cv-2655-JAD-EJY |
|---|---|
| Plaintiff, | |
| v. | **UNOPPOSED MOTION TO EXTEND TIME TO FILE ANSWER TO FIRST AMENDED COMPLAINT** (First Request) |
| WILLIAM P. BARR, U.S. Attorney General, et al., | |
| Defendants. | |

Defendants hereby move to extend the time for the filing of its answer to the first amended complaint until July 1, 2020. This is the first extension of time sought in this action with respect to the Defendants' answer to the complaint. The current filing deadline is June 1,

1   2020 pursuant to Federal Rule of Civil Procedure 15, which requires a response to amended

2   pleadings within 14 days. The requested extension of time is based on the following:

3       1.  This is a challenge to U.S. Citizenship and Immigration Services' ("USCIS") decision

4          to deny Plaintiff's application for naturalization. *See* 8 U.S.C. § 1421(c).

5       2.  Undersigned counsel requires additional time to prepare an answer or otherwise

6          responsive pleading and confer with Defendant agency, USCIS, regarding the

7          amendments and documents attached to Plaintiff's complaint.

8       3.  Plaintiff, through counsel, indicated that he does not oppose this motion for an

9          extension of time, by email on May 29, 2020. To that end, Defendants request an

10         additional 30 days to answer or otherwise respond to the complaint, until July 1,

11         2020.

12

13

14                  Respectfully submitted,

15                  JOSEPH H. HUNT
                   Assistant Attorney General

16                  Civil Division

17                  ELIANIS PEREZ
                   Assistant Director

18                  Office of Immigration Litigation

19               By: /s/ *Mary L. Larakers*

20                  MARY L. LARAKERS
                   Trial Attorney

21                  U.S. Department of Justice, Civil Division
                   Office of Immigration Litigation

22                  P.O. Box 868, Ben Franklin Station
    **IT IS SO ORDERED.**      Washington, D.C. 20044

23                  Tel: (202) 353-4419

24                  Fax: (202) 305-7000
    _____  Mary.l.larakers@usdoj.gov

25      **U.S. MAGISTRATE JUDGE**

26      **Dated:  June 1, 2020**