SYLVIA L. ESPARZA, ESQ. NV #8444
Law Office of Sylvia L. Esparza
3340 Pepper Lane, Suite 105
Las Vegas, Nevada 89120
(702) 853-0233
Fax (702) 853-0234
Sylvia@sylviaesparzalaw.com
Counsel for Plaintiff,
Sathirawat Saubhayana

**U.S. DISTRICT COURT**
**DISTRICT OF NEVADA**
**LAS VEGAS, NEVADA**

\* \* \*

| | |
|---|---|
| SATHIRAWAT SAUBHAYANA | )…CASE NO. 2:17-cv-02655-JAD-GWF |
| | )…Agency No. 087 026 142 |
| Plaintiff | ) |
| | ) **UNOPPOSED MOTION TO EXTEND** |
| vs. | ) **TIME TO FILE RESPONSE TO** |
| | ) **MOTION TO DISMISS** |
| WILLIAM P. BARR, U.S. Attorney General, et al., | ) **(First Request)** |
| | ) |
| Defendants | ) ECF No. 38 |
| | ) |

Plaintiff, Sathirawat Saubhayana, through his Counsel hereby moves to extend the time for the filing of the response to the motion to dismiss until August 14, 2020. This is the first extension of time sought in this action with respect to the Defendants' motion to dismiss dated July 1, 2020. The current filing deadline is July 15, 2020. The requested extension of time is based on the following:

///

///

///

///

///

///

1

1. This is a challenge to U.S. Citizenship and Immigration Services' ("USCIS") decision to deny Plaintiff's application for naturalization. *See* 8 U.S.C. §1241(c).
2. Undersigned counsel requires additional time to respond to the motion to dismiss.
3. Defendants, through counsel, indicated that they do not oppose this motion for an extension of time, by email on July 9, 2020. To that end, Plaintiff requests an additional 30 days to respond to the motion to dismiss, until August 14, 2020.

Respectfully submitted,

By: /s/ Sylvia L. Esparza
Sylvia L. Esparza, Esq.
Attorney for Plaintiff
3340 Pepper Lane, Suite 105
Las Vegas, Nevada 89120
(702) 853-0233
Fax (702) 853-0234
Sylvia@sylviaesparzalaw.com

**ORDER GRANTING MOTION**

Good cause appearing, IT IS HEREBY ORDERED that the unopposed motion to extend time to file response to motion to dismiss (first request) **[ECF No. 38] is GRANTED**.  Plaintiff has until August 14, 2020, to file a response.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 13, 2020

2