BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division
WILLIAM PEACHEY
Director, District Court Section
Office of Immigration Litigation
ELIANIS PEREZ
Assistant Director, District Court Section
Office of Immigration Litigation
MARY LARAKERS, TX Bar # 24093943
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 353-4419
Fax: (202) 305-7000
mary.l.larakers@usdoj.gov
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SATHIRAWAT SAUBHAYANA,<br><br>    Plaintiff,<br><br>    v.<br><br>MERRICK B. GARLAND, U.S. Attorney General, et al.,[1]<br><br>    Defendants. | Case No. 2:17-cv-2655-JAD-EJY<br><br>**UNOPPOSED MOTION FOR LEAVE TO FILE ANSWER AND TO EXTEND TIME TO FILE ANSWER TO FIRST AMENDED COMPLAINT**<br>**(Second Request)** |

---

[1] Merrick B. Garland has been automatically substituted as a party in this case pursuant Federal Rule Civil Procedure 25(d).

On March 4, 2021, the Court denied Defendants' motion to dismiss the first amended complaint. ECF No. 37. Defendants were required to answer by March 18, 2021. Fed. R. Civ. P. 12(a)(4)(A). Defendants hereby move to file its answer out of time and to extend the time for the filing of their answer to the first amended complaint until April 8, 2021. This is the second extension of time sought in this action with respect to the Defendants' answer to the first amended complaint. However, it is the first request for an extension since the Court denied Defendants' motion to dismiss. The current filing deadline was March 18, 2021, pursuant to Federal Rule of Civil Procedure 12, which requires a response to a denied motion to dismiss within 14 days. The requested extension of time is based on the following:

1. This is a challenge to U.S. Citizenship and Immigration Services' ("USCIS") decision to deny Plaintiff's application for naturalization. *See* 8 U.S.C. § 1421(c).

2. Undersigned counsel requires additional time to prepare an answer and confer with Defendant agency, USCIS, regarding Plaintiff's allegations in his complaint.

3. Due to the COVID-19 pandemic, USCIS needs additional time to obtain Plaintiff's alien file, which it needs to draft its answer to Plaintiff's complaint.

4. Plaintiff, through counsel, indicated that he does not oppose this motion for an extension of time, by email on March 23, 2021. To that end, Defendants request additional time to answer the complaint, until April 8, 2021.

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

ELIANIS PEREZ
Assistant Director
Office of Immigration Litigation

By: /s/ *Mary L. Larakers*
MARY L. LARAKERS

Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 353-4419
Fax: (202) 305-7000
Mary.l.larakers@usdoj.gov

**IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDGE**

**Dated: March 24, 2021**