
BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division
WILLIAM PEACHEY
Director, District Court Section
Office of Immigration Litigation
ELIANIS PEREZ
Assistant Director, District Court Section
Office of Immigration Litigation
MARY LARAKERS, TX Bar # 24093943
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 353-4419
Fax: (202) 305-7000
mary.l.larakers@usdoj.gov
Counsel for Defendants

SYLVIA L. ESPARZA
Law Office of Sylvia L. Esparza
3440 E. Pepper Lane, Suite 105
Las Vegas, NV 89120
Tel: 702-853-0233
sylvia@sylviaesparzalaw.com
Counsel for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SATHIRAWAT SAUBHAYANA,<br><br>    Plaintiff,<br><br>v.<br><br>MERRICK B. GARLAND, U.S. Attorney General, et al.,<br><br>    Defendants. | Case No. 2:17-cv-2655-JAD-EJY<br><br>**JOINT MOTION FOR 30-DAY EXTENSION OF TIME TO FILE DISCOVERY PLAN AND PROPOSED SCHEDULING ORDER**<br>**(Fourth Request)** |

Plaintiff Sathirawat Saubhayana and Defendants (collectively, the "Parties") jointly request an additional 30-day extension of time to file their joint discovery plan and proposed scheduling order until September 20, 2021. This will be the Parties last request for an extension of this deadline. This request is for good cause because the Parties did not receive the documents from the Las Vegas Police Department ("LVPD") that may influence the possibility of settlement in this case until today, August 20, 2021.

On July 20, 2021, the Parties jointly moved for a 30-day extension of time, until August 20, 2021, to file their proposed scheduling order and enforce the subpoena decus tecum directed to the LVPD. ECF No. 51. The Court granted the motion and ordered LVPD to produce the records to counsel for the government. ECF No. 52. LVPD refused to provide the records without a court order with specific language addressing the sealed records. ECF No. 53. The parties then moved for an order with this specific language. *Id*. The Court granted the Parties' request and issued the order directing the LVPD to produce the records within *ten* days. ECF No. 54. On August 4, 2021, a representative for LVPD informed undersigned government counsel that he sent the documents via the United States Postal Service, and without further explication, the representative d refused to send the documents via email, fax, or more expeditious mail service. Ex. A. The representative did not provide a tracking number. Ex. A. Undersigned counsel for the government received the documents today, August 20, 2021. This request is therefore for reasons outside the Parties' control and for good cause. The Parties will not request a further extension of this deadline and, if necessary, will proceed with settlement discussions and discovery simultaneously.

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

ELIANIS PEREZ
Assistant Director

                    Office of Immigration Litigation

By: /s/ *Mary L. Larakers*
    MARY L. LARAKERS
    Trial Attorney
    U.S. Department of Justice, Civil Division
    Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 353-4419
    Fax: (202) 305-7000
    Mary.l.larakers@usdoj.gov
    *Counsel for Defendants*

By: /s/ *Sylvia L. Esparza*
    SYLVIA L. ESPARZA
    Law Office of Sylvia L. Esparza
    3440 E. Pepper Lane, Suite 105
    Las Vegas, NV 89120
    Tel: 702-853-0233
    sylvia@sylviaesparzalaw.com
    *Counsel for Plaintiff*

CERTIFICATE OF SERVICE

Case No.: 2:17-cv-2655-JAD-EJY

It is hereby certified that service of the foregoing document has been made through the Court's CM-ECF electronic filing and notification system on all system participants on August 20, 2021.

/s/ *Mary L. Larakers*
MARY L. LARAKERS
U.S. Department of Justice
Trial Attorney

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated: August 20, 2021