BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division
WILLIAM PEACHEY
Director, District Court Section
Office of Immigration Litigation
ELIANIS PEREZ
Assistant Director, District Court Section
Office of Immigration Litigation
MARY LARAKERS, TX Bar # 24093943
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 353-4419
Fax: (202) 305-7000
mary.l.larakers@usdoj.gov
Counsel for Defendants

SYLVIA L. ESPARZA
Law Office of Sylvia L. Esparza
3440 E. Pepper Lane, Suite 105
Las Vegas, NV 89120
Tel: 702-853-0233
sylvia@sylviaesparzalaw.com
Counsel for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SATHIRAWAT SAUBHAYANA,<br><br>  Plaintiff,<br><br>  v.<br><br>MERRICK B. GARLAND, U.S. Attorney General, et al.,<br><br>  Defendants. | Case No. 2:17-cv-2655-JAD-EJY<br><br>**ORDER GRANTING**<br>**JOINT MOTION TO STAY CASE UNTIL DECEMBER 21, 2021**<br><br>ECF No. 57 |

Plaintiff Sathirawat Saubhayana and Defendants (collectively, the "Parties") jointly request that the Court stay this case, until December 21, 2021, while U.S. Citizenship and Immigration Services ("USCIS") reopens Plaintiff's Form, N-400, Application for Naturalization, and considers new evidence. *See* 8 C.F.R. § 103.5(a)(5) (allowing USCIS to reopen a naturalization application).

On August 20, 2021, government counsel finally received the sealed documents from the Las Vegas Police Department ("LVPD"). *See* ECF No. 55. Based on its review of these documents, USCIS has agreed to sua sponte re-open Plaintiff's naturalization application in order to consider these documents along with other evidence that Plaintiff may submit in support of his application. The Parties, therefore, request that this Court stay this case, until December 21, 2021, to allow USCIS to time to reopen and adjudicate Plaintiff's naturalization application based on this new evidence. *See Landis v. North American Co.,* 299 U.S. 248, 254-55 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."); *Al Falahi v. USCIS*, No. 2:16-cv-02921-JAD-VCF, 2019 U.S. Dist. LEXIS 54960, (D. Nev. June 7, 2019) (staying case to allow USCIS to reopen and adjudicate naturalization application). The Parties propose that on or before December 21, 2021, they report to the Court whether they have resolved this case such that dismissal is appropriate.

                Respectfully submitted,

                BRIAN M. BOYNTON
                Acting Assistant Attorney General
                Civil Division

                ELIANIS PEREZ
                Assistant Director
                Office of Immigration Litigation

          By: /s/ *Mary L. Larakers*
                MARY L. LARAKERS
                Trial Attorney
                U.S. Department of Justice, Civil Division

Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 353-4419
Fax: (202) 305-7000
Mary.l.larakers@usdoj.gov
*Counsel for Defendants*

By: */s/ Sylvia L. Esparza*
SYLVIA L. ESPARZA
Law Office of Sylvia L. Esparza
3440 E. Pepper Lane, Suite 105
Las Vegas, NV 89120
Tel: 702-853-0233
sylvia@sylviaesparzalaw.com
*Counsel for Plaintiff*

### Order

Good cause appearing, IT IS HEREBY ORDERED that the Motion to Stay **[ECF No. 57] is GRANTED.** This action is STAYED. The Clerk of Court is directed to TEMPORARILY ADMINISTRATIVELY CLOSE this case. Any party may move to lift this stay and reopen this case after December 21, 2021.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 21, 2021

3